**PARKER HANSKI L**
40 WORTH STREET, SUITE 60
NEW YORK, NEW YORK 1001
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2023

October 15, 2023

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Southern District of New York

    **Re:**    *Rodolfo Diaz v. Arthur Brates and Local Leisure Bar LLC*

        <u>**Docket No. 1:23-cv-07359 (AT) (KHP)**</u>

Dear Judge Torres:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to submit a Joint Letter and Case Management Plan and Scheduling Order from October 17, 2023 and November 17, 2023. The reason for this request is because Defendants have not yet appeared in this action and plaintiff's counsel desires the additional time to make efforts to obtain the appearance of the Defendants in this action. This is the first application to extend the deadline. Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

GRANTED.

SO ORDERED.

Dated: October 16, 2023
      New York, New York

                      **ANALISA TORRES**
                      United States District Judge