**PARKER HANSKI LLC**

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2023

November 2, 2023

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Southern District of New York

  Re: *Rodolfo Diaz v. Arthur Brates and Local Leisure Bar LLC*

   <u>**Docket No. 1:23-cv-07359 (AT) (KHP)**</u>

Dear Judge Torres:

  We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to issue an Order referring this action to the S.D.N.Y. Mediation Program. Plaintiff and counsel for defendant Local Leisure Bar LLC have conferred concerning a resolution. The parties desire to devote their time and efforts toward a resolution and, if unsuccessful, then proceed with litigation. Accordingly, the parties also ask the Court to adjourn *sine die* the deadline to submit a Joint Letter and Case Management Plan and Scheduling Order.

  To keep this case on track, the Court could have the parties submit a joint status report within seven days of completing mediation. Thank you for your time and attention to this matter. With kindest regards, I am

          very truly yours,

          /s/
          Glen H. Parker, Esq.

---

GRANTED IN PART. This case is referred for mediation to the Southern District of New York's Mediation Program. Local Rule 83.9 shall govern the mediation. The parties are directed to participate in the mediation in good faith and submit a status report within seven days of completing mediation.

If the parties are unable to reach a resolution through mediation, their joint letter and proposed case management plan shall be due fourteen days following the mediation.

SO ORDERED.

Dated: November 3, 2023
   New York, New York

              _____
               ANALISA TORRES
              United States District Judge