UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO DIAZ,

            Plaintiff,

-against-

ARTHUR BRATES AND LOCAL LEISURE BAR LLC,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/08/2024
```

23 Civ. 7359 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2023, the Court directed the parties to file a status update by January 4, 2024, if they had not completed mediation. ECF No. 18. No update was received. A mediation conference has been scheduled for January 24, 2024.

    Accordingly, the parties shall file a joint status update with the Court by **February 1, 2024**.

    SO ORDERED.

Dated: January 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge