USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2024

# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

February 23, 2024

Via ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York

    **Re:**    *Rodolfo Diaz v. Arthur Brates and Local Leisure Bar LLC*

    **Docket No. 1:23-cv-07359 (AT) (KHP)**

Dear Judge Torres:

    We represent the plaintiff in the above-entitled action. On behalf of the parties, we write to respectfully ask the Court to extend the deadline to make a motion to reopen this action to March 26, 2024. The reason for this request is because the parties require the additional time to fulfill a condition precedent to file a stipulation of dismissal. This is the first application to extend the deadline. Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

GRANTED.

SO ORDERED.

Dated: February 26, 2024
     New York, New York

ANALISA TORRES
United States District Judge