```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO DIAZ,

          Plaintiff,

-against-

ARTHUR BRATES AND LOCAL LEISURE BAR LLC,

          Defendants.

23 Civ. 7359 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 25, 2024, the Court granted Plaintiff's request to extend the deadline to reopen this action to April 26, 2024, in order for the parties to "fulfill a condition precedent to file a stipulation of dismissal." ECF No. 25. The deadline to reopen this action has now passed and the parties have not filed a stipulation of dismissal.

    Accordingly, by **May 24, 2024**, the parties shall file the stipulation or a joint letter as to the status of this matter.

    SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge